# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1658
Lower Tribunal No. 21-3224
_____

**Mario Arce and Marlene Arce,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Perry & Neblett, P.A., and David Avellar Neblett, James M. Mahaffey III, and John A. Wynn, for appellants.

Kelley Kronenberg, P.A., and Kimberly J. Fernandes (Tallahassee), for appellee.

Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.